IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **00-cv-1379-JLK**

**EDWARD PAUL SHAUGHNESSY,**

       Petitioner,

v.

**UNITED STATES OF AMERICA,**

       Respondent.

**ORDER**

Kane, J.

This case was reassigned to me on November 17, 2006, upon the death of Judge Daniel Sparr.  I have reviewed the file and note that there is a pending Motion to Correct or Clarity Ruling and Order (doc. #62), that was filed January 30, 2006, by the Petitioner *pro se*.  That Motion is DENIED, with leave to re-file through counsel if counsel deems it appropriate.

Dated this 10th day of January, 2007.

BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court