IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-01379-JLK**

**EDWARD PAUL SHAUGHNESSY,**

        Petitioner,

v.

**UNITED STATES OF AMERICA,**

        Respondent.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        On its own motion, the court reconsiders its order denying Mr. Shaughnessy's Motion to Correct or Clarify (doc. #62) and considers the motion on its merits. The government shall respond to the motion on or before February 9, 2007.

Dated:  January 24, 2007