IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **00-cv-1379-JLK**

**EDWARD PAUL SHAUGHNESSY,**

       Petitioner,

v.

**UNITED STATES OF AMERICA,**

       Respondent.

## ORDER

Kane, J.

      This habeas corpus action was originally assigned to Judge Sparr of this court and was reassigned to me after his death.  Judge Sparr partially granted the Petition and ordered that Shaughnessy receive federal credit for time served since the date his federal sentence commenced in April 1999.  *See* Order dated March 9, 2005 (Sparr, J.).  An appeal of Judge Sparr's Order was dismissed by the Tenth Circuit on May 25, 2005, upon the parties' stipulation.

      On January 30, 2006, Petitioner filed a Motion to Correct or Clarify the March 9, 2005 Order of Judge Sparr (Doc. #62), concerned that he may not have been credited all of the time he was due.  That Motion remained pending at the time I received the case on my docket nearly one year later.  I have since ordered a Response from the Office of the U.S. Attorney, which was received Monday, March 12, 2007 (Doc. 74, 75).  Having

reviewed the Response and the relevant attachments and declarations attesting to the recalculation of Mr. Shaughnessy's sentence, I am persuaded for the reasons set forth in the Government's response that Judge Sparr's Order has been enforced and Petitioner has been credited the time served since April 1999.  Accordingly, Petitioner's Motion to Clarify is DENIED as MOOT.  To the extent Petitioner is arguing a new claim, he must first exhaust administrative remedies and, if unsuccessful, seek additional judicial relief in a new proceeding.

There being no further action necessary or available on Petitioner's original Petition for Writ of Habeas Corpus, this case is deemed CLOSED.

Dated this 13th 12day of March, 2007.

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE